People v Abreu (2026 NY Slip Op 50303(U))

[*1]

People v Abreu (Ernesto)

2026 NY Slip Op 50303(U) [88 Misc 3d 131(A)]

Decided on March 13, 2026

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on March 13, 2026
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: James, P.J., Tisch, Perez, JJ.

570051/21

The People of the State of New York,
Respondent,
againstErnesto Abreu, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, New
York County (Marisol Martinez-Alonso, J.), rendered January 7, 2020, convicting him, upon a
plea of guilty, of driving while intoxicated, and imposing sentence.

Per Curiam.
Judgment of conviction (Marisol Martinez-Alonso, J.), rendered January 7, 2020,
affirmed.
Since defendant waived the right to be prosecuted by information, the facial sufficiency of
the accusatory instrument must be assessed under the standard required of a misdemeanor
complaint (see People v Dumay, 23
NY3d 518, 522 [2014]). So viewed, the accusatory instrument was jurisdictionally valid
because it described facts of an evidentiary nature establishing reasonable cause to believe that
defendant operated a motor vehicle while in an intoxicated condition (see Vehicle and
Traffic Law § 1192 [3]). Defendant's operation of the vehicle in question was satisfied by
allegations that he was observed driving a specifically identified motor vehicle and crashing that
vehicle into one owned by complainant (see People v Esposito, 33 NY3d 1016, 1017 [2019]; People v Gomez, 73 Misc 3d
140[A], 2021 NY Slip Op 51183[U] [App Term, 1st Dept 2021], lv denied 38 NY3d
927 [2022]). Defendant's intoxicated condition was satisfied by allegations that he had watery
and bloodshot eyes, the strong odor of alcohol on his breath, was unsteady on his feet and had a
blood alcohol level of .21% (see People v Hohmeyer, 70 NY2d 41, 43-44 [1987]; People v Fiumara, 116 AD3d 421
[2014], lv denied 23 NY3d 1036 [2014]; see also People v Dondorfer, —
NY3d —, 2026 NY Slip Op 00823 [2026]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concurDecision Date: March 13, 2026